# THOMPSON COE

Thompson, Coe, Cousins & Irons, L.L.P.
Attorneys and Counselors

Patrick J. Kelly
Direct Dial: 651-389-5026
pkelly@thompsoncoe.com

Austin
Dallas
Houston
New Orleans
Saint Paul

May 27, 2021

Magistrate Judge David T. Schultz
United States District Court
300 S 4th St
Minneapolis, MN 55415

  Re: *SmartEtailing, Inc. v. CrimsonBikes, LLC*
    Court File No.: 20-CV-2650

Dear Judge Schultz:

  As you may recall, the Plaintiff sought an Order staying these proceedings in favor of involuntary Chapter 7 proceedings in Bankruptcy Court in the District of Massachusetts. Your Honor granted that stay for a period of 30 days, but required a letter providing an update to the Court. This letter will serve as an update – the final one under the circumstances unless the Court would like further regular updates.

  Although the defendant in this case, as Debtor, filed a Motion to Dismiss the Involuntary Petition for Bankruptcy filed in Massachusetts, it subsequently withdrew that Motion and moved to convert the case to a voluntary Chapter 11 proceeding. The Bankruptcy Court has issued an Order granting that request and converting the Involuntary Petition to a Chapter 11 Bankruptcy proceeding, and an Order for Relief (and automatic stay) was issued effective May 20, 2021. I am attaching a copy of the Order signed by Hon. Janet E. Bostwick, Bankruptcy Judge.

  This matter appearing to be subject to the Order for Relief, plaintiff will not oppose a Motion by the Defense to stay this matter pending the outcome of the bankruptcy case.

  Please contact me if you have any questions.

  Thank you.

               Sincerely,

               /s/ *Patrick J. Kelly*

               Patrick J. Kelly

9369349v1
11446.003



# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| *In re:* <br><br> **CRIMSONBIKES, LLC,** <br>     Debtor | Ch. 7 <br><br> 21-10278-JEB |

### Order for Relief in an Involuntary Case

On consideration of the petition filed on March 3, 2021 against CrimsonBikes, LLC, and as set forth in the Order [#40] dated May 20, 2021, an order for relief under chapter 7 of the Bankruptcy Code (title 11 of the United States Code) is granted as of May 20, 2021.

Dated: 5/20/2021

By the Court,

*Janet E. Bostwick*

Janet E. Bostwick
United States Bankruptcy Judge